JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

ROSENDO MENDOZA OROZCO,

       Petitioner,

       v.

WARDEN OF ADELANTO
DETENTION FACILITY, et al,

       Respondents.

No. 5:26-cv-02385-BFM

**JUDGMENT**

Pursuant to the Order Granting the Petition for Writ of Habeas Corpus (ECF 14), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted. Petitioner reports that he has been released from Respondents' custody. (ECF 15.) The Clerk of Court shall close this case.

DATED: May 20, 2026

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE